IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>HEALTHCARE TRUST OF AMERICA, INC., W. BRADLEY BLAIR, II, RESHMA BLOCK, VICKI U. BOOTH, H. LEE COOPER, WARREN D. FIX, PETER N. FOSS, JAY P. LEUPP, and CONSTANCE B. MOORE,<br><br>Defendants. | Case No. 1:22-cv-03692-WFK-JRC<br><br>NOTICE OF VOLUNTARY DISMISSAL |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff William Johnson ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action") with prejudice. Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: July 21, 2022

Respectfully Submitted,

/s/ Richard A. Acocelli
Richard A. Acocelli
**ACOCELLI LAW, PLLC**
33 Flying Point Road, Suite 131
Southampton, NY 11968
Tel: (631) 204-6187
Email: racocelli@acocellilaw.com

*Attorneys for Plaintiff*

The application is ___ granted.
SO ORDERED       ___ denied

s/ WFK

William F. Kuntz, II, U.S.D.J.
Dated: July 21, 2022
Brooklyn, New York